John H. Mowbray, Esq.
Nevada Bar No. 1140
Anthony W. Stirling, Esq.
Nevada Bar No. 9462
**FENNEMORE CRAIG, P.C.**
300 South Fourth Street, Suite 1400
Las Vegas, Nevada  89101
Telephone: 702.692.8000
Facsimile:  702.692.8099
Email:  jmowbray@fclaw.com
            astirling@fclaw.com

*Attorneys for Defendant*
*FIA Card Services, N.A.*
*(erroneously sued as Bank of America)*

# UNITED STATES DISTRICT COURT

## DISTRICT OF  NEVADA

| | |
|---|---|
| MICHAEL ALEXANDER,<br><br>               Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA; DOE DEFENDANTS I-X, inclusive; and ROE CORPORATIONS I-X, inclusive,<br><br>               Defendants. | Case No.: 2:09-cv-00780-JCM-RJJ<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE OF ENTIRE ACTION**<br><br>[F<small>ED</small>.R.C<small>IV</small>.P.41(A)] |

Plaintiff MICHAEL ALEXANDER ("Plaintiff") and Defendant FIA CARD SERVICES, N.A. (erroneously sued herein as Bank of America) ("Defendant"), through their counsel of record, hereby stipulate and agree as follows:

WHEREAS, Plaintiff and Defendant have settled this action in its entirety; and

WHEREAS, Plaintiff and Defendant, through their counsel of record, hereby stipulate pursuant to Federal Rule of Civil Procedure 41(a), that the above-captioned action shall be dismissed ***with prejudice*** in its entirety, with Plaintiff and Defendant to each bear their own costs and attorneys' fees.

THEREFORE, it is hereby stipulated that this action is dismissed with prejudice in its entirety, with Plaintiff and Defendant to each bear its own costs and attorneys' fees.

DATED this 21st day of July, 2009.

**DOBBERSTEIN & ASSOCIATES**

By: /s/ ERIC DOBBERSTEIN
ERIC DOBBERSTEIN, ESQ.
Nevada Bar No. 3712
G. LANCE WELCH, ESQ.
Nevada Bar No. 9714
1399 Galleria Drive, Suite 201
Henderson, Nevada 89014
*Attorneys for Plaintiff*
*Michael Alexander*

DATED this 21st day of July, 2009.

**FENNEMORE CRAIG, P.C.**

By: /s/ ANTHONY W. STIRLING
JOHN H. MOWBRAY, ESQ.
Nevada Bar No. 1140
ANTHONY W. STIRLING, ESQ.
Nevada Bar No. 9462
300 South Fourth Street, Suite 1400
Las Vegas, Nevada 89101
*Attorneys for FIA Card Services, N.A.*
*(erroneously sued as Bank of America).*

## ORDER

It appearing to the Court that the terms of the stipulation are proper, and upon good cause showing IT IS HEREBY ORDERED that this action is dismissed with prejudice in its entirety, with Plaintiff and Defendant to each bear its own costs and attorneys' fees.

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT COURT JUDGE
DATED this 22nd day of July, 2009.